Form 27 - AFFIDAVIT OF SERVICE



P8509168

**HELEN F. DALTON & ASSOCIATES, P.C**   Michael Avelino
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

MARTINIANO DE GANTE ARCE, INDIVIDULLAY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

PLAINTIFF

- vs -

DOUGLASTON GRIMALDI INC. D/B/A GRIMALDI'S PIZZERIA, ETAL

DEFENDANT

Index No. **1:23-cv-00794**
Date Filed
Office No. **2023-L002**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU**   :SS:

**STEVE KEMP** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **21ST** day of **FEBRUARY, 2023 12:43PM** at
**242-02 61ST AVENUE**
**LITTLE NECK NY 11362**
I served a true copy of the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** upon **DOUGLASTON GRIMALDI INC. D/B/A GRIMALDI'S PIZZERIA** the **DEFENDANT** therein named by delivering to, and leaving personally with **Frank Santora, MANAGER,** who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE**   HAIR: **BLACK/GREY**
APP.AGE: **60** APP. HT: **5''9** APP. WT: **175**
OTHER IDENTIFYING FEATURES

Sworn to before me this
24TH day of FEBRUARY, 2023

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2026

STEVE KEMP DCA LIC #1278468
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-HFD-8509168